# CBHV

PO BOX 3495
TOLEDO, OH 43607

151321281

EXHIBIT A [portions redacted]

COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

Do not send written correspondence to the above address.
DATE: 05/14/15

| | |
|---|---|
| CREDITOR: | HOSPITAL FOR SPECIAL SURGERY 2NDS OP |
| CBHV REFERENCE NO.: | 151321281 |
| LAST TRANSACTION DATE: | 11/03/13 |
| INQUIRIES TO: | MRS REED EXT 350 |
| TELEPHONE: | 1-845-913-7499 |
| | 1-888-913-7499 |
| ACCOUNT NO: | [redacted] |
| AMOUNT DUE: | $635.85 |

JOHN LOFSTOCK

Dear JOHN LOFSTOCK:

This past due account has been placed for collection. Patients with limited or no insurance coverage may be eligible for Hospital for Special Surgery's financial assistance program. For further information, please call (212) 606-1505.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. This letter is from a collection agency. See reverse side for important information concerning your rights.

▲ DETACH HERE ▲

To ensure your payment is correctly applied to your account, use the enclosed envelope and write your CBHV Reference Number on your check.

Make payments online at http://payments.cbhv.com

Name: JOHN LOFSTOCK
CBHV Reference No.: 151321281
Amount Due: $635.85
Change of Address ☐

Please send correspondence to this address.

CBHV
PO BOX 831
NEWBURGH, NY 12551-0831

Member of ACA International Since 1975

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMA
OBTAINED WILL BE USED FOR THAT PURPOSE.

Collection Bureau of the Hudson Valley, Inc. Address and Office hours:

155 N. Plank Road • Newburgh, NY 12550
8:30 AM to 9:00 PM (ET) Monday through Thursday • 8:30 AM to 5:00 PM (ET) Friday • 8:30 AM to 4:00 PM (ET) Satu
*Member of ACA International Since 1975*

CBHV's hospital clients have charity care programs. If you feel you may qualify for these programs please call and speak to one of our collection specialists at (800) 745-1395.

IF ANY OF THE FOLLOWING HAS CHANGED, PLEASE INDICATE AND RETURN:

Your name: _____    Home Phone _____

Street: _____    Business Phone _____

City: _____    State _____ Zip _____

Employer _____    _____

Method of Payment (check one)                Insurance Co. _____

Check Enclosed _____ Visa _____         Address _____

MasterCard _____                        Group # _____ ID# _____

Acct # _____       Effective Date: _____

Expiration Date: _____/_____               Subscriber: _____

Charge Amount: _____      Subscriber SS# _____

Signature _____